# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES BRENNAN,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CITY OF PHILADELPHIA,**<br>**MAYOR JAMES F. KENNEY,**<br>**CHRISTINE DERENICK-LOPEZ, and**<br>**JANE SLUSSER,**<br>　　　　**Defendants.** | **NO. 18-1417** |

## O R D E R

**AND NOW**, this 25th day of July, 2019, upon consideration of Plaintiff's Motion to Compel Defendant Mayor James Kenney's Deposition (Document No. 23, filed May 1, 2019), Defendant Mayor James F. Kenney's Response in Opposition to Plaintiff's Motion to Compel His Deposition (Document No. 24, filed May 7, 2019), and Plaintiff's Reply Brief in Further Support of His Motion to Compel Defendant Kenney's Deposition (Document No. 25, filed May 24, 2019), for the reasons stated in the accompanying Memorandum dated July 25, 2019, **IT IS ORDERED** that plaintiff's Motion to Compel is **DENIED**.

The accompanying Memorandum and this Order are **WITHOUT PREJUDICE** to plaintiff's right to conduct a limited deposition of Mayor Kenney by written questions, pursuant to Federal Rule of Civil Procedure 31. If plaintiff concludes, after a limited deposition by written questions, that a limited oral deposition is necessary, plaintiff may file a second motion to compel Mayor Kenney's deposition.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.