IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRENNAN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF PHILADELPHIA,<br>MAYOR JAMES F. KENNEY,<br>CHRISTINE DERENICK-LOPEZ, and<br>JANE SLUSSER,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  18-1417 |

**O R D E R**

**AND NOW**, this 30th day of June, 2020, upon consideration of Defendants City of Philadelphia, James Kenney, Jane Slusser, and Christine Derenick-Lopez's Motion for Summary Judgment (Document No. 36, filed October 11, 2019), Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment (Document No. 37, filed November 8, 2019), and Defendants['] Reply to Plaintiff's Memorandum of Law in Response to Defendant's [sic] Motion for Summary Judgment (Document No. 47, filed December 2, 2019), for the reasons stated in the accompanying Memorandum dated June 30, 2020, **IT IS ORDERED** that Defendants City of Philadelphia, James Kenney, Jane Slusser, and Christine Derenick-Lopez's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of defendants, the City of Philadelphia, Mayor James F. Kenney, Christine Derenick-Lopez, and Jane Slusser, and **AGAINST** plaintiff, Charles Brennan.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.