IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRENNAN | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : No.: 18-1417 |
| v. | : |
| | : |
| CITY OF PHILADELPHIA | : |
| and | : |
| MAYOR JAMES KENNEY | : |
| and | : |
| CHRISTINE DERENICK-LOPEZ | : |
| And | : |
| JANE SLUSSER | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEAL

Notice is hereby given that Charles Brennan, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Entry of Judgment, Opinion, and Order on June 30, 2020, which granted Defendants' Motion for Summary Judgment (ECF Docket Nos. 50 and 51).

Respectfully Submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.
Ari R. Karpf, Esq.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
215.639.0801
Attorneys for Plaintiff

Date: July 22, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRENNAN : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No.: 18-1417 |
| v. : | |
| : | |
| CITY OF PHILADELPHIA : | |
| and : | |
| MAYOR JAMES KENNEY : | |
| and : | |
| CHRISTINE DERENICK-LOPEZ : | |
| And : | |
| JANE SLUSSER : | |
| : | |
| Defendants. : | |
| : | |

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below a true and correct copy this Notice of Appeal was served via U.S. Mail and ECF upon the following individuals:

Kia Ghee, Esq.
Divisional Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 16th Floor
Philadelphia, PA 19102


Respectfully Submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.
Ari. R. Karpf, Esq.
Attorneys for Plaintiff

Dated: July 22, 2020